IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,     :

     :

   v.     :

     :    **Case No. 5:26-CR-016-CAR-CHW**

JAHMAL MALCOM MCGEE,     :

     :

   **Defendant.**     :

     :

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Jahmal Malcom McGee's Unopposed Motion to Continue [Doc. 20] his trial scheduled to begin on August 10, 2026, in Macon, Georgia, to the next available term of this Court. On April 15, 2026, the Grand Jury returned a one-count indictment charging Defendant with possession of a firearm by a convicted felon. On June 3, 2026, Defendant was arrested, was appointed counsel, pled not guilty at his arraignment, and was ordered to be detained pending trial. On June 5, 2026, defense counsel entered her notice of appearance and filed Defendant's request for discovery. On June 8, 2026, defense counsel received discovery from the Government. This case has not previously been continued, and the Government does not oppose this request for a continuance.

Defense counsel represents additional time is needed to review discovery, conduct defense investigations, and consult with Defendant. Having considered the matter, the

1

Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 20], and **HEREBY ORDERS** that this case be continued until October 19, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

  **SO ORDERED,** this 26th day of June, 2026.

       s/ C. Ashley Royal_____
       C. ASHLEY ROYAL, SENIOR JUDGE
       UNITED STATES DISTRICT COURT